IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR289 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRON BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the opinion of the United States Court of Appeals for the Eighth Circuit (Filing Nos. 112 and 113),

IT IS ORDERED that resentencing in this matter is scheduled for:

**October 7, 2005, at 10 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 8th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court