IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:03CR289
                               )
          v.                   )
                               )
TERRON BROWN,                  )              ORDER
                               )
               Defendant.      )
_____)
```

IT IS ORDERED that resentencing in this matter is

rescheduled for:

**Thursday, October 13, 2005, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111

South 18th Plaza, Omaha, Nebraska.

DATED this 23rd day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
        LYLE E. STROM, Senior Judge
        United States District Court