IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR289 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRON BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

　　　　　Pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 139),

　　　　　IT IS ORDERED that resentencing in this matter is scheduled for:

**　　　　　　　Friday, October 13, 2006, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

　　　　　DATED this 8th day of August, 2006.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　　United States District Court