IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:03CR289
                             )
       v.                    )
                             )
TERRON BROWN,                )         ORDER
                             )
            Defendant.       )
_____)
```

IT IS ORDERED that resentencing in this matter is rescheduled for:

**Thursday, October 12, 2006, at 1:30 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 4th day of October, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court