IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR289 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRON BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to reduce sentence (Filing No. 169), and the stipulation of the parties (Filing No. 174) that the defendant is entitled to a two-level reduction of his base offense level pursuant to the retroactive amendments to the crack cocaine guidelines adopted in November of 2007. The Court will approve and adopt the stipulation and find that the defendant's final offense level should be reduced from 38 to 36 and his guideline sentence should be reduced to 235 to 293 months imprisonment. Accordingly,

      IT IS ORDERED that said motion is granted and the stipulation of the parties is approved and adopted; the sentence of the defendant is reduced to a term of two hundred thirty-five (235) months. He shall receive credit for all time served. The

conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 3rd day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court