IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERRON BROWN, | ) | |
| | ) | |
| Petitioner, | ) | 8:03CR289 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

This matter is before the Court on petitioner's petition for habeas corpus relief pursuant to Title 28 of the United States Code § 2255, by a prisoner in federal custody (Filing No. 177). The Court has reviewed the petition and finds the United States should file a response. Accordingly,

IT IS ORDERED that respondent shall file a response to the petition on or before February 6, 2009.

DATED this 23rd day of December, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court