IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR289 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRON BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    This matter is before the Court on plaintiff's motion to extend the time for filing the answer to defendant's motion to vacate, correct or set aside sentence and conviction (Filing No. 179).  The Court finds said motion should be granted.  Accordingly,

    IT IS ORDERED that the motion is granted; plaintiff shall have until February 25, 2009, to respond to defendant's motion.

    DATED this 3rd day of February, 2009.

    BY THE COURT:

    /s/ Lyle E. Strom

    _____
    LYLE E. STROM, Senior Judge
    United States District Court