IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:03CR289
                             )
       v.                    )
                             )
TERRON BROWN,                )        ORDER
                             )
            Defendant.       )
_____)
```

   This matter is before the Court on plaintiff's motion to extend the time for filing the answer to defendant's motion to vacate, correct or set aside sentence and conviction (Filing No. 181).  The Court finds said motion should be granted.  Accordingly,

   IT IS ORDERED that the motion is granted; plaintiff shall have until March 25, 2009, to respond to defendant's motion.

   DATED this 26th day of February, 2009.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court