IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )          8:03CR289
                              )
       v.                     )
                              )
TERRON BROWN,                 )          ORDER
                              )
              Defendant.      )
_____)
```

This matter is before the Court on defendant's objection to the Court's memorandum opinion (Filing No. 188). The Court has reviewed the record in this case and finds that the response of the government was timely filed on March 24, 2009 (Filing No. 185), and it contains a certificate of service showing it was duly forwarded to the defendant by United States mail.  The defendant in fact admits he has received a copy of that response.  His objection is that he did not receive a copy until after the Court has issued its memorandum opinion and judgment (Filing Nos. 186 and 187) on April 7, 2009.

The Court will treat defendant's objection as a motion for reconsideration of its order and judgment of April 7, 2009, and will grant defendant until May 26, 2009, to file a response to the government's brief, if he so desires.  Accordingly,

IT IS ORDERED that defendant shall have until May 26, 2009, to file a response to the government's brief.

DATED this 23rd day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court