IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:03CR289 |
| | ) | |
| v. | ) | |
| | ) | |
| TERRON BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Under date of April 23, 2009, the Court entered an order (Filing No. 189), in which defendant was advised that the Court would treat his objection to the Court's memorandum opinion (Filing No. 186) and order and judgment (Filing No. 187), as a motion for reconsideration. Defendant was granted until May 26, 2009, in which to file a brief in response to the government's brief.

On May 26, 2009, defendant filed an answer to the government's motion in opposition to petitioner's 28 U.S.C. § motion (Filing No. 192). The Court has reviewed defendant's filing and the Court's previous order to which the defendant seeks reconsideration, and finds that defendant's motion for reconsideration should be denied. Accordingly,

IT IS ORDERED that defendant's motion for reconsideration is denied.

DATED this 29th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court